# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re: Latasha T. Pierce
    aka Latasha Tiwuana Pierce
    SSN/ITIN: xxx–xx–9119
    Debtor

Bankruptcy Case No.:  24–40194–KKS

Chapter:  13
Judge:  Karen K. Specie

## ORDER CONFIRMING PLAN
## AND ORDER TO DEBTOR(S)

It appearing that the Debtor(s)' Chapter 13 Plan has been transmitted to all creditors of the Debtor(s), and it having been determined after notice and hearing that:

1. The Plan complies with the provisions of this Chapter and other applicable provisions of this Title;

2. Any fee, charge, or amount required under 28 U.S.C. Chapter 13 or by the Plan, to be paid before confirmation has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor(s) was liquidated under 11 U.S.C. Chapter 7 on such date;

5. With respect to such allowed secured claim provided for by the Plan:

    A. The holder of such claim has accepted the Plan;

    B. The Plan provides for the holder of such claim to retain the lien securing such claim;

        and

    The value, as of the effective date of the Plan, or property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or

    C. The Debtor(s) surrenders the property securing such claim to such holder.

6. The Debtor(s) will be able to make all payments under the Plan and to comply with said Plan.

7. The action of the debtor in filing the petition was in good faith;

8. The debtor has paid all amounts that are required to be paid under a domestic support oblication and that first become payable after the date of the filing of the petition if the debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation;

9. The debtor has filed all applicable Federal, State, and local tax returns as required by Section 1308.

**IT IS ORDERED** that the Debtor(s)' Plan is **CONFIRMED.**

**IT IS FURTHER ORDERED** that:

1. The Debtor(s) shall make any and all payments due under the confirmed Plan and any amendments thereto.

2. The Debtor(s) shall immediately notify, in writing, the Clerk of the Bankruptcy Court and the Chapter 13 Trustee of any change in the Debtor(s)' address and of any termination, reduction of, or other change in the Debtor(s)' employment.

3. The Debtor(s) shall appear in Court whenever notified to do so by the Court.

4. The Debtor(s) is prohibited from mortgaging, selling, or otherwise disposing of any personal or real property (other than homestead real property) without first obtaining written authorization from the Court after notice and hearing.

5. The Trustee is directed to pay all secured and priority claims that are addressed in the Plan, as set forth in the Plan, even if the holders of such claims have not filed a Proof of Claim; provided, however, that if the Plan provides that a claim is to be paid as a secured claim, and the holder of that claim files only an unsecured claim, the Trustee is directed to treat the claim as an unsecured claim pursuant to the terms of the Plan, in the amount set forth on the filed Proof of Claim.

6. If the Chapter 13 Plan provides to pay a secured creditor an amount with interest, and the total amount in the Plan exceeds the amount of the claim filed by the secured creditor, the Trustee is directed to pay the amount set forth in the Plan.

7. The automatic stay is hereby lifted as to any property to be surrendered under the Plan.

**DONE AND ORDERED** on November 1, 2024.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Bruner Wright, P.A. shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.