UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

LATASHA T. PIERCE　　　　　　　　　　　　　　　CASE NO.: 24-40194-KKS
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　Debtor.
_____/

### MOTION FOR AUTHORITY TO USE INSURANCE PROCEEDS

> Notice of Opportunity to Object and for Hearing
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Bruner Wright, P.A., Attn: Samantha A. Kelley, at 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308, and any other appropriate person with the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW,** the Debtor, Latasha T. Pierce, by and through the undersigned counsel, respectfully requests this Court approve the use of insurance proceeds in the amount of $6,000.00 and in support thereof states:

1. The Debtor's Second Amended Chapter 13 Plan (ECF No. 21) was confirmed on November 1, 2024. The confirmed Plan provides for the Debtor to pay Ford Motor Credit Company at the contract rate for the 2018 Ford Escape.

2. Due to a collision, the Debtor's 2018 Ford Escape was deemed a total loss by Geico Insurance Company and is subject to insurance proceeds totaling approximately $12,000.00. The payoff provided by Ford Motor Credit Company is approximately $6,000.00, leaving a balance of approximately $6,000.00

3. The totaled vehicle was Ms. Pierce's only mode of transportation. The Debtor requires the use of the balance of the insurance proceeds in the amount of $6,000.00 to purchase a new vehicle.

4. At this time, the Debtor intends to purchase a vehicle for no more than the amount of the insurance proceeds. In the event the Debtor requires additional financing, he will file an appropriate motion with the Court at that time.

5. The insurance proceeds totaling $12,000.00 are to be sent to Ford Motor Credit Company to satisfy the remaining amount owed for the 2018 Ford Escape. The remaining insurance proceeds are to be sent to Bruner Wright, P.A., at 2868 Remington Green Circle, Suite B, Tallahassee, FL 32308 by Geico Insurance Company. The remaining balance will be disbursed to the Debtor upon entry of an Order granting this Motion.

**WHEREFORE**, the Debtor, Latasha T. Pierce, respectfully requests the Court enter an Order Granting Motion for Authority to Use Insurance Proceeds, and any other relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2025.

**Bruner Wright, P.A.**
2868 Remington Green Circle
Suite B
Tallahassee, FL 32308

                                                                                Office: (850) 385-0342
Fax: (850) 270-2441

By:    */s/ Samantha A. Kelley*
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

### CERTIFICATE OF SERVICE

I, Samantha A. Kelley, hereby certify that a true and accurate copy of the above-named document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on January 3, 2025, to the following person(s) at the email address(es) noted herein:

   - Office of the U.S. Trustee (USTPRegion21.TL.ECF@usdoj.gov)
   - Leigh A. Duncan, Chapter 13 Trustee (ldhdock@earthlink.net, ldhtre@earthlink.net, ldhadmin@earthlink.net)

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail and/or electronic service on January 3, 2025, to the parties listed on the attached matrix.

**DATED** this 3rd day of January, 2025.

                                                                              */s/ Samantha A. Kelley*
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com